**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

**CASE NO.:** CV 09-01249 SJO (SSx)         **DATE:** August 31, 2009

**TITLE:**   John W. Birges v. County of Ventura, et al.
========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                         Margarita Lopez
Courtroom Clerk                                          Court Recorder

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Brian A. Vogel                                           Peter Bertling

========================================================================
**PROCEEDINGS:** SCHEDULING CONFERENCE - Fed. R. Civ. P. 26(f)

Defendant's counsel shall immediately update the Court docket with his business information. The Court sets the following dates:

| | | |
|---|---|---|
| Last Date to File a Motion or Stipulation to Amend or Add Parties | Wednesday, September 30, 2009 | |
| Discovery Cut-off | Thursday, February 18, 2010 | |
| Motion Hearing Cut-off (must be filed 21 days prior) | Monday, April 5, 2010 | at 10:00 a.m. |
| Pretrial Conference | Monday, May 10, 2010 | at 9:00 a.m. |
| Jury Trial Date | Tuesday, May 18, 2010 | at 9:00 a.m. |
| Settlement Conference | Referred to ADR | |

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are obligated under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.

The Court advises counsel that all pretrial documents must be filed in compliance with the Court's Initial Standing Order, including but not limited to:
1.   All Jury Instructions, agreed and opposed;
2.   Verdict Forms;
3.   Proposed Voir Dire Questions;
4.   Joint Statement of Case;
5.   Witness List, listing each witness and time estimates for direct, cross, redirect and recross;
6.   Trial Brief and Memorandum of Contentions;
7.   Joint Rule 26(f) Report;
8.   If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9.   Motions in Limine must comply with Local Rule 7 and will be heard the first day of trial;
10.  Exhibits must be properly labeled, tagged, and in binders.