THE LAW OFFICES OF BRIAN A. VOGEL, PC
BRIAN A. VOGEL, SBN 167493
EMAIL: brian@bvogel.com
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
Attorney for Plaintiff
JOHN W. BIRGES

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. BIRGES, an individual | CASE NO. CV 09-01249 SJO (Ssx) |
| Plaintiff, | **ORDER RE:** |
| -vs- | **FILING OF PLAINTIFF'S** |
| | **SECOND AMENDED** |
| | **COMPLAINT.** |
| COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, VENTURA COUNTY SHERIFF BOB BROOKS, AN INDIVIDUAL, CALIFORNIA FORENSIC GROUP, AND DOES 1-100. | Action Filed: February 20, 2009 |
| | Trial Date: May 18, 2010 |
| | Judge: Hon. S. James Otero |
| | Magistrate Judge: Hon. Suzanne H. Segal |
| Defendants. | Courtroom: 880 |

   GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that Plaintiff may file a Second Amended Complaint, and that all denials, responses and affirmative defenses contained in the answer filed by defendants to the First Amended Complaint shall be responsive to Plaintiff's Second Amended Complaint.

   Counsel for Plaintiff is ORDERED to provide Notice.   **CONDITIONED ON ALL DATES SET REMAINING**

10/05/09

DATED: _____                    _____
                                        *S. James Otero*
                                        District Court Judge S. James Otero

1

PROOF OF SERVICE
CCP §§ 1011, 1013, 1013a, 2015.5
FRCP 5(b)

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 770 County Square Drive, Suite 104, Ventura, California 93003.

On September 30, 2009 I served the document described as [PROPOSED] ORDER RE: FILING OF PLAINTIFF'S SECOND AMENDED COMPLAINT on the interested parties in this action ☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list: ☐ by placing ☐ the original ☐ a true copy thereof enclosed in  sealed envelopes addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☐ BY MAIL          ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Ventura, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (SUBMITTED TO THE COURT BY ELECTRONIC TRANSMISSION). Also submitted by e-mail transmission to SJO_Chambers@cacd.uscourts.gov

Executed on September 30, 2009, at Ventura, California.

☐ (Federal)          I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____          _____
Cindy Hendrix                                            Signature

SERVICE LIST

2

| | |
|---|---|
| 1 | Attorneys for Defendants |
| 2 | Peter G. Bertling, Esq. |
| 3 | Steve H. Shlens, Esq. |
| | BERTLING & CLAUSEN |
| 4 | 15 West Carillo Street, Suite 100 |
| 5 | Santa Barbara, California 93101 |
| | Telephone: (805) 892-2100 |
| 6 | Facsimile: (805) 963-6044 |
| 7 | pgb@bertling-clausen.com |
| | shs@bertling-clausen.com |
| 8 | |
| 9 | Alan E. Wisotsky, #68051 (lawyers@wisotskylaw.com) |
| | Jeffrey Held, #106991 (lawyers@wisotskylaw.com) |
| 10 | THE LAW OFFICES OF ALAN E. WISOTSKY |
| 11 | 300 Esplanade Drive, Suite 1500 |
| | Oxnard, CA 93036 |
| 12 | Telephone: (805) 278-0920 |
| 13 | Facsimile: (805) 278-0289 |
| | Attorneys for Defendants |
| 14 | COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S |
| 15 | DEPARTMENT, and VENTURA COUNTY SHERIFF BOB |
| | BROOKS, AN INDIVIDUAL |
| 16 | |
| 17 | Mandatory Chambers Copy - Courtesy Box |
| | Judge S. James Otero [by overnight mail] |
| 18 | United States District Court |
| 19 | 255 East Temple Street, Eighth Floor, Room 880 |
| | Los Angeles, California 90012 |
| 20 | |
| 21 | Mandatory Chambers Copy - Courtesy Box |
| | Hon. Suzanne H. Segal [by overnight mail] |
| 22 | 312 North Spring Street, Third Floor |
| 23 | Los Angeles, California 90012 |