THE LAW OFFICES OF BRIAN A. VOGEL, PC
BRIAN A. VOGEL, SBN 167493
EMAIL: brian@bvogel.com
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326

Attorney for Plaintiff
JOHN W. BIRGES

**DENIED**
BY ORDER OF THE COURT
2/11/10 SJO

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN W. BIRGES, an individual ) | CASE NO. CV 09-01249 SJO (SSx) |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING THE** |
| ) | **DISCOVERY DEADLINE 46** |
| ) | **DAYS AND THE MOTION** |
| -vs- ) | **HEARING CUT-OFF 21 DAYS.** |
| ) | **[PROPOSED]** |
| COUNTY OF VENTURA, VENTURA COUNTY ) | |
| SHERIFF'S DEPARTMENT, VENTURA ) | |
| COUNTY SHERIFF BOB BROOKS, AN ) | |
| INDIVIDUAL, CALIFORNIA FORENSIC ) | |
| GROUP, AND DOES 1-100. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The court hereby orders the discovery deadline continued 46 days to and including April 5, 2010 and the motion hearing cut-off to and including April 26, 2010. The court finds that there is good cause to continue the discovery deadline and motion hearing cut-off based upon the stipulation of the parties and finds that no harm or prejudice to the parties will be caused by this requested extension to which all parties agree. This is the first continuance of the discovery

1

1  deadline and motion hearing cut-off requested.  Any deadline for a motion to compel further
2  discovery is commensurately extended.
3        **IT IS SO ORDERED.**
4
5
6  Dated:_____                                _____
                                                                S. James Otero
7                                                                  United States District Judge

PROOF OF SERVICE
CCP §§ 1011, 1013, 1013a, 2015.5
FRCP 5(b)

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 770 County Square Drive, Suite 104, Ventura, California 93003

On January 28, 2010 I served the document described as STIPULATION TO EXTEND THE DISCOVERY DEADLINE on the interested parties in this action ☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list: ☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☐ BY MAIL        ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Ventura, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (FILED WITH THE COURT BY ELECTRONIC TRANSMISSION). Please see attached confirmation.

Executed on September 30, 2009 at Ventura, California.

☐ (Federal)      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____        _____
Cindy Hendricks                                                  Signature

SERVICE LIST

Attorneys for Defendants
Peter G. Bertling, Esq.
Steve H. Shlens, Esq.
BERTLING & CLAUSEN
15 West Carillo Street, Suite 100
Santa Barbara, California 93101
Telephone: (805) 892-2100
Facsimile: (805) 963-6044
pgb@bertling-clausen.com
shs@bertling-clausen.com
COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, VENTURA COUNTY SHERIFF BOB BROOKS, AN INDIVIDUAL, and CALIFORNIA FORENSIC MEDICAL GROUP (incorrectly sued and served herein as CALIFORNIA FORENSIC GROUP)

Alan E. Wisotsky, #68051 (lawyers@wisotskylaw.com)
Jeffrey Held, #106991 (lawyers@wisotskylaw.com)
THE LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, CA 93036
Telephone: (805) 278-0920
Facsimile: (805) 278-0289
COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, and VENTURA COUNTY SHERIFF BOB BROOKS, AN INDIVIDUAL

Mandatory Chambers Copy - Courtesy Box
Judge S. James Otero [by overnight mail]
United States District Court
255 East Temple Street, Eighth Floor, Room 880
Los Angeles, California 90012

Mandatory Chambers Copy - Courtesy Box
Hon. Suzanne H. Segal [by overnight mail]
312 North Spring Street, Third Floor
Los Angeles, California 90012