7. None of the defendants are liable to the plaintiff under any of the state-law causes of action, 4 through 10, for the reason that there was no misconduct of any nature by any defendant toward the plaintiff.

Dated: February 17, 2010           LAW OFFICES OF ALAN E. WISOTSKY

By: /s/ Jeffrey Held
JEFFREY HELD

Dated: February 17, 2010           BERTLING & CLAUSEN

By: /s/
STEVE H. SHLENS
Attorneys for Defendants
COUNTY OF VENTURA, VENTURA
COUNTY SHERIFF'S DEPARTMENT,
SHERIFF BOB BROOKS,
CALIFORNIA FORENSIC MEDICAL
GROUP, and JOHN KORZELIUS, M.D.

**STATEMENT OF REVIEW**

This statement of uncontroverted facts/separate statement of undisputed facts and conclusions of law has been reviewed and considered by the federal district judge, Hon. S. James Otero.

Dated:_____

_____
S. JAMES OTERO
United States District Judge

12