1  date by co-defense counsel Steve Shlens, by me, and by plaintiff's own counsel, Brian Vogel.

2      5.    The deposition transcript consisted of 212 pages of examination text.

3      6.    There were no disruptions, discontinuities, or statements of inaccurate reporting or
4  invalidity of the transcript. The deposition proceeding went very smoothly, with all counsel
5  participating and no contest to the deposition's validity.

6      7.    Appended hereto in support of the defendants' summary judgment motion are
7  excerpts from the transcript of the deposition of John Waldo Birges, and these are legitimate,
8  authentic, and accurate photocopies of the various pages from the plaintiff's deposition. These
9  pages are not altered in any way and exactly correspond to the text of the deposition of the plaintiff,
10 John Waldo Birges, as transcribed by court reporter Joanne Cunningham.

11     8.    The authentic deposition pages appended hereto in support of the defendants'
12 summary judgment motion are 46, 85, 86, 87, 88, 89, 93, 94, 95, 99, 113, 115, 116, 123, 124, 154,
13 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 169, 170, 171, 172, 173, 174, 175,
14 179, 180, 181, 198, 208, and 209.

15     9.    While I of course do not have a precise memory record of all of the questions asked
16 and all of the answers given during the course of the deposition proceeding, the reporter's transcript
17 of them closely resembles my memory of the questions asked of plaintiff and the answers given.
18 There are no inaccuracies or variations in her transcription of the plaintiff's testimony which come
19 to my mind.

20     10.    The plaintiff never did make any revisions to any of his answers or contest the
21 accuracy or validity of the deposition transcript which he gave on October 28, 2009.

22     I declare under penalty of perjury under the laws of the United States of America that the
23 foregoing is true and correct.

24     Executed on February _17_, 2010, at Oxnard, California.

25

26                                   JEFFREY HELD

27

28

3