CERTIFIED
COPY

1

2                    UNITED STATES DISTRICT COURT

3                    CENTRAL DISTRICT OF CALIFORNIA

4

5

    JOHN W. BIRGES, an        )
6   individual,               )
                              )   Case No.
7            Plaintiff,       )   CV 09-01249 SJO (Ssx)
                              )
8        vs.                  )
                              )
9   COUNTY OF VENTURA, VENTURA )
    COUNTY SHERIFF'S DEPARTMENT, )
10  VENTURA COUNTY SHERIFF BOB )
    BROOKS, AN INDIVIDUAL,    )
11  CALIFORNIA FORENSIC GROUP, )
    AND DOES 1-100,           )
12                            )
             Defendants.      )
13  _____)

14

15

16  DEPOSITION OF:

17          JOHN W. BIRGES

18          Wednesday, October 28, 2009

19          10:56 a.m.

20

21  REPORTED BY:

22          JOANNE P. CUNNINGHAM

23          C.S.R. 2734, RDR, CRR

24

25

1        Deposition of JOHN W. BIRGES, taken on behalf of

2    Defendants on Wednesday, October 28, 2009, commencing at

3    10:56 a.m., at 1363 Donlon Street, Suite 8, Ventura,

4    California, before JOANNE P. CUNNINGHAM, CSR No. 2734.

5

6

7    APPEARANCES OF COUNSEL:

8

9        For the Plaintiff John W. Birges:

10           THE LAW OFFICES OF BRIAN A. VOGEL, PC

11           BY:   BRIAN A. VOGEL

12           Attorney at Law

13           770 County Square Drive

14           Suite 104

15           Ventura, California 93003

16           (805) 654-0400

17

18       For the Defendants:

19           BERTLING & CLAUSEN, L.L.P.

20           BY:   STEVE H. SHLENS

21           Attorney at Law

22           15 West Carrillo Street

23           Suite 100

24           Santa Barbara, California 93101

25           (805) 892-2100

2

```
 1    APPEARANCES:  (Continued)

 2

 3        For the Defendants:

 4            LAW OFFICES OF ALAN E. WISOTSKY

 5            BY:  JEFFREY HELD

 6            Attorney at Law

 7            300 Esplanade Drive

 8            Suite 1500

 9            Oxnard, California 93036

10            (805) 278-0920

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1    alterations, additions, deletions.

2          Is this all of those that you've discussed --

3    A    No.

4    Q    -- these three pages?

5    A    No.  There was another one that I reviewed that

6    said when -- after the wires fell off, they took me back

7    to Dr. Lopez, and one of the CFMG sheets says that they

8    reapplied wires, which they did not reapply wires.  They

9    applied rubber bands.

10   Q    Can you pull that one out for me?  I'll make a

11   photocopy of that one?

12         MR. VOGEL:  220- --

13         THE WITNESS:  Yes.  It should be --

14         MR. VOGEL:  8?

15         THE WITNESS:  That would be on the 7th.

16         MR. VOGEL:  Oh, the 7th.

17   BY MR. SHLENS:

18   Q    You're saying it's after the initial wires

19   broke?

20   A    I went back.

21   Q    Is that correct?  After the initial wires broke?

22   A    Yes.  They took me back.

23         MR. HELD:  Took you back to Dr. Lopez?

24         THE WITNESS:  Right.

25         MR. VOGEL:  370.

46

```
 1              THE WITNESS:  Because this -- this little thing

 2    we talked about was --

 3              MR. VOGEL:  It's easier to see on this.

 4              MR. SHLENS:  Your complaint says February 24.  I

 5    don't know why I thought it was later.  I apologize.

 6    BY MR. SHLENS:

 7        Q    So February 24, 2008, you're involved in an

 8    altercation at Todd Road with the three people you've

 9    just mentioned; correct?

10        A    Right.

11        Q    Between the time that you first came in and

12    February 24, when this altercation occurred -- well,

13    let's just say between the time you came in on

14    February 23, the day before, did you have any problems or

15    fights with any of these guys?

16        A    No.

17              MR. HELD:  Can I --

18              MR. SHLENS:  Yes.

19              MR. HELD:  Because there was -- it's an

20    important point, and because there was a midquestion

21    correction, could I ask you to restate the question?

22              MR. SHLENS:  Sure.

23    BY MR. SHLENS:

24        Q    Between February 3, when you first presented to

25    Todd Road, and February 23, the day before this fight,
```

85

1    did you have any problems -- altercations or fights with

2    any of the guys that you got in a fight with on the 24th?

3        A    No.

4        Q    Okay.  What happened on the 24th to trigger this

5    fight?

6        A    We were let out to the day room.  They only let

7    four cells at a time.  And you get -- you get four hours

8    a day of day room.

9             And I was reading a newspaper at the table out

10   in the day room, and Mejia had came up to me and he had

11   seen that I had been buying a lot of commissary every

12   week, and he -- he wanted to -- wanted me to start giving

13   him commissary every week.

14            And I told him thereafter I wouldn't.  And he

15   walked away.  And then I saw him talking to the other two

16   guys, Lopez and Creeper.  And then he came back.

17            I was still sitting at the table, reading the

18   newspaper.  He came back across from me and told me that

19   he was giving me one more chance to -- whatever -- pay

20   him off every week with commissary.

21            And I told him -- you know, I was going to be

22   there for a long time, and I wasn't about to give in.

23   And I told him to -- you know, F off or whatever, just --

24   and then the next thing I know, I'm getting hit from

25   behind.

                                                            86

1    I'm still sitting down, and I'm just getting

2    punched in the head and the body, whatever.  I put my

3    hands up around my head to shield myself, and then I was

4    attempting to stand up and to try to tackle one of the

5    guys, Creeper, when from behind I got hit in the side of

6    the face.

7         Q    What were you hit with?

8         A    I don't know.  I'm assuming a fist.  I never saw

9    the punch.

10        Q    How do you know it was David Lopez?

11        A    Because Mejia was on the other side of the table

12   still, and I was -- I had put my hand down in order to

13   grab Creeper, because I was going to try to grab him and

14   throw him on the ground.  So I know Lopez was the other

15   guy on the other side of me.  So it had to have been him.

16        Q    How long did the -- was the altercation, this

17   fight, broken up by security personnel?

18        A    Yeah.  They -- as soon as my jaw got hit, the

19   deputy came on the P.A. and -- and ordered everybody

20   to -- to lock down, and we all went back into our cells.

21        Q    Did -- immediately did it stop, and you all went

22   into your cells, or did somebody have to come in and

23   break anything up?

24        A    No, nobody came in.  Everybody just -- it all

25   stopped.

87

1       Q   Do you know who the deputies were that were

2   present that day?

3       A   No.

4       Q   Do you know who the deputy was who said,

5   "Everyone go to your cells.  We're locking down."

6       A   No.

7       Q   Just to be clear for the record, Mejia said he

8   would give you one more chance, and your response was

9   basically -- or was -- strike that -- and your response

10  was --

11      A   To go to hell.  You know, whatever.  I don't

12  want to use profanity.

13      Q   And that's kind of where we're heading is you

14  kind of have to use profanity.  I want to know exactly

15  what you told him.

16      A   I told him to fuck off.

17      Q   Okay.  Did you say anything else other than

18  "fuck off"?

19      A   No.  Not that I remember.

20      Q   Okay.  Did he -- when he said he was going to

21  give you one more chance, did he say what would happen if

22  you did not pay him?

23      A   We never -- it never got that far.  When I --

24  when he said, "I'm going to give you one more chance," he

25  put his foot up on the -- on the stool and was kind of

88

1    leaning over the table at me, opposite of me, and then

2    just immediately right after that, that's when the two

3    other guys started -- because I saw -- I saw them walk

4    around me, behind me, out of the corner of my eye while I

5    was talking to the guy.  So I knew they were behind me.

6            I had no idea they were going to jump me.  So

7    there was really not much of a conversation.

8        Q    How long was it between the time that Mejia

9    first told you that you needed to give him your

10   commissary once a week and when he told you "I'm going to

11   give you one more chance"?

12       A    Probably less than a minute.  Maybe two.  Just

13   enough time for him to walk over and talk to the -- the

14   other two guys.  And then he came directly back, and then

15   the other two guys kind of meandered around behind me.

16       Q    During that one to two minutes did you talk to

17   anybody?

18       A    No.  I was just -- I kept reading the newspaper.

19       Q    Is there a reason you didn't tell the

20   correctional officers there that you were being basically

21   threatened?

22           Were you being threatened by Mejia?

23       A    Well, not -- he didn't actually threaten me.  I

24   mean, it's kind of obvious where they're going with this,

25   you know.

89

1   you were disrespecting him.

2   Do you remember anything about that -- anything

3   like that at all?

4   A   This disrespecting -- he was playing chess with

5   my bunky, Ocody Greer.

6   MR. HELD:   I didn't hear that word.   Ocod- --

7   THE WITNESS:   Ocody.   His first name is Ocody.

8   It's like Cody, but there is an O.   O-c-o-d-y.   I --

9   don't ask me how -- Ocody Greer.   They call him Shar.

10   Shar School, I think, is his moniker.   Some Pierpont kid.

11   They were playing chess and Greer beat Mejia,

12   and I kind of laughed at them.   I guess I just -- I don't

13   know how it -- I guess you could probably say I

14   disrespected him.

15   BY MR. SHLENS:

16   Q   When was this in relation to the fight, when you

17   laughed at him?

18   A   Just within probably a half hour.

19   And it wasn't -- you know, it wasn't really

20   meant disrespectfully.

21   Q   Is all you did laugh, or did you say anything?

22   Did you call him a dumb ass?

23   A   I don't think so.   I don't think I would do

24   that.

25   Q   Is all you did laugh, to your memory?

93

1       A    I said -- I said something to the effect, did

2       you let -- you let this guy beat you?  Because Cody

3       wasn't that good of a chess player.  When you play chess,

4       people don't like to lose --

5            Q    Okay.

6            A    -- you know?

7            Q    And were there any more words with Mejia at that

8       time during that chess game?

9            A    No.          .

10           Q    Did Mejia ever say to you that you needed to

11      apologize for disrespecting him?

12           A    Not that I remember.

13           Q    Did he ever tell you that you need to do

14      something -- for example, pay him from your commissary --

15      or he would beat you up?

16           A    No, he didn't say that.

17           Q    Did anyone ever give you the option of "Do this,

18      or we will beat you up," to your recollection?

19           A    I remember -- I know he kind of took it wrong or

20      whatever.  And I did say to him, "I did not mean to

21      disrespect you."  You know, I said, "I'm sorry if you

22      took it that way."

23           Q    When was that?

24           A    That was after the chess game.

25           Q    Okay.  Was that before he said "You need to give

94

1    me your commissary once a week"?

2         A    Yes.

3         Q    Okay.  At that time did anybody ever threaten

4    you?  Between the time of the chess game and between the

5    time of the fight, did anybody ever say to you "Do

6    something or we'll beat you up"?

7         A    No.

8         Q    Why did you apologize to him at the time of the

9    chess game?  Did you -- could you tell -- did he say

10   something to you or you -- or could you tell that he was

11   angry?  Or what happened that led to your apology?

12        A    Well, just -- you know, I -- I chuckled or

13   whatever, and I could see he was pissed.  And I -- you

14   know, to me, it's like -- it's just a game.  It's not

15   something -- you know, he got a little out of proportion,

16   and I could see something coming on.

17        Q    Was it that you were just kind of trying to rib

18   him, and then he took it a lot worse than that?

19        A    Pretty much.

20        Q    Okay.

21        A    I mean, that's what my take was.

22             I was kind of surprised that he was actually --

23   would actually react in any way, because it was -- it's

24   just -- how do I say it?  It wasn't -- it's -- it was no

25   big deal, the way I looked at it.

95

1  BY MR. SHLENS:

2      Q   Do you know about what time it was that that

3  first -- that you got hit, that broke --

4      A   It was 11 o'clock.  Pretty close to 11 o'clock.

5      Q   And so would that place that chess game at about

6  10:30 when that laughter occurred?

7      A   Probably.

8      Q   Is Ocody Greer Caucasian?

9      A   Yes.

10     Q   And when you say, by the way, that the -- we're

11  talking about 10:30 and 11 o'clock.  We're talking about

12  in the morning; correct?

13     A   Yes.

14     Q   Obviously, but still.  Okay.

15         So the lockdown was at about 11 o'clock?

16     A   Yeah.  As close -- it was probably between 11:00

17  and 12:00.  I know it wasn't noon yet.

18     Q   How long did the fight last?

19     A   10 seconds, 20 seconds.

20         It wasn't really a fight.  I mean, I didn't get

21  any hits.  I didn't hit anybody.

22     Q   Between the time that you said "Fuck off" and

23  the time that the deputy yelled "Lockdown" was about

24  20 seconds total?

25     A   If even that, yes.

99

1    for an evaluation or something.

2         Q    Okay.

3         A    And then I came back the next day.

4         Q    So would that be the 28th and March 1st, those

5    two days in a row?

6              MR. VOGEL:  I think it was a leap year.

7              MR. SHLENS:  That's a good point.

8    BY MR. SHLENS:

9         Q    You think it was the 28th and the 29th?

10        A    That's what I'm thinking.

11        Q    Okay.  So you think you went one day, on about

12   the 28th, and he took X-rays, assessed you, and then you

13   came back the next day and he put the wires on?

14        A    Yes.

15        Q    Okay.  Did he tell you -- what did he say to you

16   at the first visit, that you remember?

17        A    I don't really remember.

18        Q    Where was Dr. Lopez's office?

19        A    It's on Loma Vista, across from Community

20   Memorial Hospital.

21        Q    And were X-rays taken at his office?

22        A    Yeah.

23        Q    And when you returned the next day to have the

24   wires put on, was that done in his office?

25        A    Yes.

113

1    Vicodin, I thought, by him.  Is that correct or

2    incorrect?

3        A    From reading this stuff, I saw that that's what

4    it was.

5        Q    Okay.

6        A    I wasn't -- I didn't know what I was going to be

7    given at that time.

8        Q    And from memory, you were given Vicodin one day;

9    is that right?  Is that what you were saying?

10       A    I got -- when I -- when I came back from Lopez

11   and the anesthetic had worn off, I was in -- just really

12   probably the most pain of my life.  And I pretty much had

13   to beg one of the nurses to give me a -- she gave me one

14   or two Vicodins.  They were crushed up in a little cup

15   with some water.  And that's the first time I got any

16   type of pain medication.

17       Q    Okay.

18       A    And after I spent a couple of hours in that

19   cell, that's when they moved me over to the medical

20   housing unit.

21       Q    How long were you in medical housing?

22       A    I want to say two weeks, three maybe.

23       Q    Okay.  So the day of the surgery, once the

24   anesthetic had worn off, you were feeling pain, you

25   complained to a nurse, and then she gave you one or two

                                                          115

1    Vicodin crushed up in some water.  Is that right?

2         A    That's right.

3         Q    Pounded out, I would assume?

4         A    Yeah.

5         Q    With a straw?

6         A    No.  I don't -- I just don't know.  Honestly, I

7    don't think I've ever been in that much pain in my life.

8    And I'm not saying this for -- for points -- dramatic

9    effect.  I could take a lot of pain, and it was

10   excruciating.

11        Q    The next day did you receive any Vicodin from

12   the nurses?  March 1.

13        A    I'm pretty sure I did.  For the first two days I

14   think I got -- I got Vicodin.

15        Q    Okay.  How many times did you get Vicodin on

16   March 1?

17        A    I want to say at least twice a day.

18        Q    When is it that you returned to Dr. Lopez?

19        A    That was -- I think it was the 7th.

20        Q    Is that based upon what you've seen in the

21   records, because --

22        A    Well, by memory too.  And I'm just tapping.

23   Refreshed by this.  But I know it was, like, a week

24   after, because the wires fell off -- one of them fell

25   off, like, three days after I got back.

116

1    A   No, I don't.

2         So I said -- I asked them if there was any way

3    for them to keep my mouth open, so I wouldn't close it.

4    Because every time it closed, the middle wire would be

5    poking in my gums and my gums would just start bleeding.

6    Q   Okay.

7    A   So what they did was they gave me some gauze,

8    and they packed my cheeks up with gauze to keep my mouth

9    open -- or my jaw.

10   Q   Who is "They packed my cheeks up with gauze"?

11   Who is the "they"?

12   A   A nurse.

13   Q   So this nurse who said "I'm not going to lose my

14   job because of your wire," she's the nurse who packed

15   your cheeks with gauze?

16   A   Yes.

17   Q   And did she pack also the front, at your

18   gumline?

19   A   No.  Just inside the -- my cheeks.

20   Q   Was that to keep your mouth from closing

21   completely?

22   A   Yes.  Just so I couldn't -- so I'd have to be --

23   it stayed so the wire would be taut and not digging into

24   my gums.

25   Q   Did that help?

123

1       A    Yes.

2       Q    So then why did you take off the middle wire?

3       A    Because it -- they wouldn't take me to the

4    doctor.

5            I did it with toenail clippers.  I mean, I

6    was -- they weren't -- you know, they weren't doing

7    anything for me, and --

8       Q    Did you know that you had a return appointment

9    with Dr. Lopez?

10      A    No.

11      Q    You cut off the wire on March 6, and you, in

12   effect, saw him the very next day, March 7?

13      A    Yes.

14      Q    And obviously you didn't know you had an

15   appointment the next day, but did you know you had any

16   appointment?

17      A    No.  I didn't know when there was going to be

18   any appointment.  That's why it was -- I mean, I'm

19   not going to stick dirty toenail clippers into my mouth

20   to cut wires off unless I'm in, you know, considerable

21   pain.

22           And what really bugged me was that the day

23   before they took me, they took Bill Rudman, because he

24   also had a broken jaw.  And they took him to Lopez.  And

25   I was asleep when they took him, and he came back, and he

124

1          Q    Okay.  And then after that your complaint

2     related to medical was related to the care from

3     Dr. Lopez; is that right?

4          A    Yeah.

5               MR. SHLENS:  Okay.  That's all I have at this

6     time.  Thanks.

7               THE WITNESS:  Okay.

8               MR. HELD:  Mr. Birges, I have some questions to

9     ask you.  Do you need a break before I begin questioning

10    you?

11              THE WITNESS:  No.  I think I'm okay.

12

13                    FURTHER EXAMINATION

14    BY MR. HELD:

15         Q    Okay.  Will you please bear in mind that your

16    answers to my questions have the same force, effect and

17    solemnity as though you were testifying in a court of law

18    before a judge and jury?

19         A    I understand.

20         Q    Okay.  How long before the attack on you were

21    you housed with the inmates who attacked you?

22         A    About three weeks.

23         Q    Were you in the same housing unit as they were

24    during that whole time?

25         A    Yeah.  And like I said before, they let four

                                                          154

1       cells out at a time, and our four cells were always the

2       same.   I went out to the day room with the same eight

3       guys.

4               Q    And among them were the three who attacked you;

5       correct?

6               A    Yes.

7               Q    Okay.

8               A    It would always be the same cells that would go

9       out, and our -- there's eight cells in the bottom tier,

10      eight on the top, and they would split that in four

11      sections, and four cells at a time would go into the day

12      room.   They wouldn't let the whole -- the house out at

13      one time.

14              Q    Okay.   During that three weeks that you were in

15      the same housing unit with the three men who attacked

16      you, were you ever in close physical proximity to them

17      during that three weeks?

18              A    Yes.

19              Q    And that was the time you were in the day room

20      with them; correct?

21              A    Yes.

22              Q    So that would be -- approximately how many hours

23      were you in close physical proximity with one or more of

24      the three men who attacked you during that three weeks?

25              A    That would be four hours a day.

155

1     Q    Between your arrival -- well, I should probably

2    ask you preliminarily, is it correct that your arrival at

3    Todd Road Jail was approximately on February 3, 2008?

4     A    I'm pretty sure that's what we decided.  Yeah.

5     Q    Okay.  And the attack on you was on

6    February 24th, 2008; correct?

7     A    Right.  Correct.

8     Q    Between your arrival at Todd Road Jail, then, on

9    February 3, 2008, and the attack on you on February 24th,

10   2008, did any inmate threaten you?

11    A    No.

12    Q    During that same time period, did any inmate

13   hurt you?

14    A    No.

15    Q    During that same time period, did you have any

16   problems with any of the inmates, including the inmates

17   who attacked you?

18    A    No.

19    Q    Was the only inmate attack on you that single

20   incident on February 24, 2008?

21    A    Yes.

22    Q    So they didn't attack you again after that, did

23   they?

24    A    No.

25    Q    Did any guard or custody deputy or jail official

156

1     ever attack you?

2          A    No.

3          Q    Between your arrival at Todd Road Jail and the

4     attack on you, did you ever notify any deputy or jail

5     official of any fear or concern you had?

6          A    No.

7          Q    Would it be accurate to describe the attack on

8     you as sudden and unexpected?

9          A    Yes.  Absolutely.

10         Q    Okay.  Was any custody deputy or jail official

11    aware, to your knowledge, of any of the events leading up

12    to the attack on you, such as the chess game comments and

13    the two Mejia demands for your commissary?

14         A    No.

15         Q    I wanted to nail down the times of the events

16    and the details of the operative events a little more

17    closely or exactly, so you correct me if I'm wrong, but

18    I'm going to try to sketch it in.

19         A    Okay.

20         Q    So here we are -- or here we were on Sunday,

21    February 24, 2008.  It was about 10:15 in the morning.

22    You were in the day room, and the three men who attacked

23    you were in the day room.  And your bunky, or celly, the

24    man with the odd name --

25         A    Ocody Greer.

157

1          Q    Ocody Greer.

2               -- was playing chess with Mr. Mejia; correct?

3          A    Correct.

4          Q    And you saw Mr. Mejia make a bad chess play,

5    which led to his being checkmated by Ocody; right?

6          A    Yes.

7          Q    And then you said and did something, and that's

8    what I want to know a little -- I didn't quite get that.

9    Quote yourself, as nearly as you can.

10         A    I kind of said something to the effect that --

11   that "You let my bunky beat you?"  Like, "Ha, ha" type

12   thing.  You know, just jokingly.

13         Q    When you just now said that, "Ha, ha," were

14   you trying to mimic your tone of voice at the time, or

15   were you telling us words you actually said, or did you

16   laugh?  That's what I'm unclear, the "Ha, ha" part.

17         A    It was probably -- I mean, it was meant in a --

18   in a joking way, whatever I said, whatever -- whatever

19   I -- I know I said something.  If anything, it was more

20   derogatory toward Ocody Greer than it was to Mejia.

21         Q    But did you say "Ha, ha"?  It is unclear to me

22   what the "Ha, ha" meant.  Did you actually say the words

23   "Ha, ha"?

24         A    I don't remember.  I'm not going to guess.

25         Q    Okay.  But what did you mean just now when you

                                                    158

 1    said "Ha, ha"?  That you were talking and laughing or

 2    kind of a mocking tone?

 3         A    Probably like a -- you know, I guess mocking in

 4    that -- in a joking way, but not in a disrespectful way

 5    that I thought.

 6         Q    So you said, in kind of a -- could I say

 7    accurately a laughing tone of voice?

 8         A    Not quite laughing, but in a humorous -- or a

 9    joke -- I don't know.  I guess.

10         Q    Okay.  So in a sort of laughing or humorous tone

11    after your celly, Ocody, checkmated Mr. Mejia, you

12    said what exactly?

13         A    Something like, "You let my bunky beat you?" or

14    something.

15         Q    And did you say anything else to Mr. Mejia

16    besides that at that time?

17         A    Not that I remember.

18         Q    Okay.  Did he say anything back to you?  Did

19    Mr. Mejia respond?

20         A    I think he kind of gave me a dirty look.

21         Q    Did he look daggers at you?

22         A    He looked like he was a little upset.

23              MR. SHLENS:  Looked daggers.

24              THE WITNESS:  I think they called them

25    "tiletas."

1    BY MR. HELD:

2        Q   He glared at you?

3        A   He did.

4            And I kind of, you know, thought, what's he

5    getting -- you know, I could understand getting upset,

6    losing at chess, because I do.  Everybody does.  I mean,

7    you know, the game is long, and it's intense, and it's

8    kind of, like, competitive.

9        Q   And it's an intellectual challenge.  It's like

10   saying you're not -- when you lose, it's like you're not

11   as smart, because it's a mental game?

12       A   Right.

13       Q   I understand that.

14       A   And I think that's the way he took it is I'm

15   saying that he is stupid, which I wasn't saying that in

16   any way.  I was -- like I said, I was -- I was more

17   joking against Ocody Greer, saying "Oh, you let that guy

18   beat you?" -- or "You let my bunky beat you?"  I said

19   something to that effect to him.

20       Q   And did you say anything else to Mr. Mejia other

21   than that?

22       A   No.

23       Q   And did Mr. Mejia say anything?

24       A   I don't -- I don't remember if he did or not.

25       Q   Did Ocody say anything?

160

1    A    I -- no.  I don't think so.

2    Q    Okay.  And then a certain amount of time

3    elapsed, I think you said, before Mr. Mejia approached

4    you and made a first demand for part of your commissary;

5    correct?

6    A    Yeah.  It was -- it was kind of -- somewhere in

7    there I know I went up to him and apologized, to tell him

8    that I didn't disrespect him; I didn't mean to disrespect

9    him.  If he took it as disrespecting him, I apologize,

10   and I didn't mean anything by anything I said or did.

11   Q    Can you give me a time -- how much time went by

12   from when you made the first comment about "You let my

13   bunky beat you?" until you went up to Mr. Mejia --

14   A    Probably a couple of minutes.

15   Q    Okay.  And then did he say anything when you

16   gave him your apology?

17   A    I don't think he thought it was sincere, and I

18   think he was still just upset over the fact that he lost

19   and that -- I don't want to say this as being a racist,

20   but Hispanics have this "machismo" thing, and especially

21   in jail, you know.  They run the place.  They want to be

22   the ones that call the shots.  And the whites are

23   definitely the minority.

24       So I think -- so I think it was more of an ego

25   power trip thing for him than anything else.  Because

161

1    I -- I didn't feel that I did anything to provoke any

2    kind of reaction.

3        Q    Those thoughts that you just expressed in your

4    last response, did -- did you know that knowledge when

5    you made the comment about your cellmate beating him?

6        A    Yes.  That's what I'm saying.  I was more, I

7    thought, being more derogatory towards Ocody.  It was

8    said in a lighthearted way.

9        Q    I understand.  Okay.  And --

10       A    And just -- you know, he just took it wrong.

11       Q    So then about two minutes later you apologized,

12   and Mr. Mejia said nothing.  Correct?

13       A    Right.  I could -- I could tell he was upset.

14   And like I said, I don't think he thought I was sincere

15   in my apology.  And I think that's -- that's why he

16   started wanting to get commissary for -- from me.

17       Q    But did Mr. Mejia say anything after you

18   apologized?

19       A    Not that I remember.

20       Q    So now, how much more time goes by before he

21   approaches you and asks -- or demands, I guess -- would

22   "demand" be a better verb?

23       A    Demand, probably.

24       Q    How much time went by from your apology to

25   Mr. Mejia's approaching you with his demand that you

162

1    share part of your commissary with him?

2         A    I would say between 5 and 15 minutes.

3         Q    Okay.  And he walked up to where you were

4    sitting in the day room?

5         A    Yeah.  I was sitting at the same table where

6    they had been playing chess, and I was reading the

7    newspaper.

8         Q    And he walked up to you and said --

9         A    Said that I needed to start -- he said something

10   to the effect that "I see that you go to -- you go fat to

11   the store," which means I bought -- you can buy up to so

12   much commissary every week, and I -- I didn't max out,

13   but I always -- I bought a lot of commissary, which some

14   of -- I gave to people that didn't have any money on

15   their books.

16        Q    Okay.

17        A    So he -- he knew that I was -- I had commissary.

18        Q    And so what -- quote him, if you will, at the

19   first demand.  What were the words?

20        A    Something like, "You need to start -- you need

21   to start kicking me down canteen every week."

22        Q    You refused to do so.

23        A    I -- I told him -- I said -- he said something

24   to the effect that "You give other people stuff."

25             And I said, "Well, those people don't have

163

1    money."  I go, "You've got money.  You have money in your

2    books.  You get commissary every week.  I'm not giving

3    you anything."

4         Q    And then he left and returned a second time?

5         A    Right.

6         Q    And how long after the first demand for part of

7    your commissary did he return the second time?

8         A    As long as it took him to go talk to Lopez and

9    Creeper.

10        Q    So I don't want to put in your words, but what

11   would that be?

12        A    Less than a minute.

13        Q    Okay.  And quote him as nearly as you can the

14   second time.

15        A    Something to the effect of, "I'm going to give

16   you another chance.  Otherwise, we're going to have

17   problems."  Something to that effect --

18        Q    Was his --

19        A    -- trying to be intimidating.

20        Q    Was his statement about "Otherwise we're going

21   to have problems" the closest he came to an overt threat

22   to your safety?

23        A    Probably.  I would say so.  That's -- that's as

24   much as I -- credence as I gave it.

25        Q    And then how long after the second demand for

164

1    commissary did the attack occur?

2        A    It was almost right away.

3        Q    Within a few seconds?

4        A    Yeah.   With -- definitely under a minute.   I am

5    positive.

6        Q    And the entirety of the attack of the three

7    inmates against you lasted how long?

8        A    10 seconds, 15.

9             It was only two of them.   Mejia didn't hit me,

10   as far as I know.

11       Q    Did you -- well, let me ask it this way:   In the

12   police report that Deputy Miller wrote, he paraphrases or

13   quotes you.   I want to read that to you and ask you if

14   you did, in fact, say any of the things that

15   Deputy Miller wrote in his report that he says you said.

16       A    Okay.

17       Q    Deputy Miller wrote:

18            "I spoke to Inmate Birges about the

19            incident in his section.   The following

20            is a summary of my interview with him.

21            Inmate Birges stated that he was in the

22            day room and was watching two inmates

23            playing chess.   He saw inmate Mejia

24            make a move, ending the game.   Then

25            Inmate Birges said he said 'Dumb ass.'"

                                                          165

1        Did you say --

2        A    I don't think I said that.

3        Q    Did you say some of those things or any of those

4    things?

5        A    The only thing -- I said something like -- I

6    either said "You let that dumb ass beat you?" talking

7    about Ocody Greer, or I said, "my bunky."

8        Q    I see.

9        A    It wasn't that he was a dumb ass.

10        Q    Oh, I -- now I understand.

11            So you might have used the phrase "dumb ass,"

12    but referring to your celly, Ocody Greer?

13        A    That's what I was saying, yes.

14        Q    Okay.  So you were telling Deputy Miller when

15    he interviewed you that at the conclusion of the chess

16    game you had referred -- in the presence of Inmate Mejia,

17    you had referred to your cellmate, Ocody Greer, as a

18    dumb ass?

19        A    To some -- yes, to that -- that's probably what

20    he interpreted it as.

21        Q    And is that what you said?  Did you use the

22    phrase "dumb ass" in the presence of Mr. Mejia?

23        A    I have to -- if that's what I said, that's what

24    I said.

25        Q    Well, that's what I'm asking you.

166

1    A    I don't -- I don't remember.  I mean, I -- I

2    know -- like I said, if I said anything, it was

3    derogatory towards my bunky.

4         Q    So now that I may have refreshed your memory

5    with what Deputy Miller says you said shortly after the

6    incident, then is it likely that you said something to

7    Inmate Mejia at the conclusion of the chess game like

8    "You let that dumb ass beat you?"

9         A    Probably something to that effect.

10        Q    Okay.  Let me ask you about witnesses.

11             Other than you and the three inmates -- I guess

12   the two who attacked you and Mr. Mejia -- were there any

13   other witnesses to the attack upon you?

14        A    Ocody Greer, as far as I know.

15        Q    Other than Ocody Greer, you, and the three

16   inmates who attacked you, were there any other witnesses?

17        A    Probably the people in their cells.

18        Q    Do you know any of their names?

19        A    No.

20        Q    Anyone else?

21        A    Just the one guy that was the guy -- cuckoo guy,

22   the crazy guy, the 5150, the guy who talked to himself,

23   but I don't know where he was at the time.

24        Q    Are we missing any witnesses to the attack,

25   then, other than those?

167

1           And then the guard just happened to turn back

2       around or see what was going on right when I was jumping

3       at Creeper, and that's when I got hit from behind.

4           Q    Should the reporter spell that inmate's surname

5       K-r-u-e-p-e-r?

6           A    C- --

7           Q    How would you spell it?

8           A    C-r-e-e-p-e-r.

9           Q    Oh, okay.  Was that a moniker rather than a

10      surname?

11          A    Yes.  I guess.

12          Q    I see.  Like the Austin Creeper?

13          A    He last "Moorpark" tattooed from here to here on

14      his neck, so I don't know.  He was pretty creepy looking.

15          Q    I see.

16              So other than the inmates, then, were there any

17      other people, such as guards or medical personnel, that

18      in your knowledge would have witnessed the attack?

19          A    Only the guards that -- this -- I don't think

20      there's any tours or anything going on.  Besides, I don't

21      think they would pick A6 to show the public anyway.  Not

22      the model tank.

23          Q    Was there anything in your opinion which the

24      guards or the custody deputies could have done to have

25      preempted the attack of the inmates upon you?

169

1          A    No.

2          Q    Let me ask you a few questions about your

3     headaches.  In the recent past, what has been the

4     frequency of your headaches?

5          A    A couple of times a week maybe.

6          Q    Same question about duration.  In the recent

7     past, what has been the intensity of those headaches?

8          A    It's not bad.  You know, I mean, it is just more

9     of a nuisance than actual condition, I guess.

10         Q    And then the final question about the headaches

11    is, in the recent past what has been the duration of the

12    headaches?  In other words, when they come on, how long

13    do they last?

14         A    I don't know.  A couple of hours.  I'm feeling

15    one right now.

16         Q    Why are you looking at me when you say that?

17         A    I was looking at the cookies.

18         Q    Okay.

19         A    Maybe it's just the right side of my brain is

20    messed up now.  I don't know.  I got hit pretty hard.  I

21    know that.  I mean, you know, I saw stars.  I didn't get

22    knocked out, but it definitely jarred me pretty good.

23         Q    It was a cruel thing that those inmates did.  It

24    will be in their karma bag.

25         A    Oh, yes, I could -- like it really matters to

170

1    those guys.

2              MR. SHLENS:  That's the tipping point.

3              THE WITNESS:  That's a badge of honor to those

4    guys:  I beat down a white boy.  They are probably mad

5    because I didn't fall down.  I mean, I got caught pretty

6    hard.

7              MR. HELD:  Remember this as you go through life:

8    Time will prove where wisdom lies.

9              THE WITNESS:  Can I quote that?

10             MR. SHLENS:  Write that on the stringer.

11             THE WITNESS:  That's right.

12   BY MR. HELD:

13        Q    Returning now to serious questions.

14             How soon after the inmate broke your jaw were

15   the wires installed in your jaw?

16        A    That's four days.

17        Q    When was the first care of any type that you got

18   at the jail for the broken jaw?

19        A    When they took me to Dr. Lopez.

20        Q    And when was that?

21        A    On the 28th.

22        Q    Four days after the incident?

23        A    (Nods head.)

24        Q    Right?

25        A    Yes.  Correct.

171

1       Q    When did the wires first come loose?

2       A    About three days after.

3       Q    Three days after what?

4       A    About three days after they were put on.

5       Q    Like, March 1st or 2nd?

6       A    I don't know.  Whatever -- whatever I told

7   Mr. Shlens.  The 2nd, 3rd, 1st.

8       Q    When did you first notify any official at the

9   jail of the jaw wires having come loose?

10      A    Probably the same day.

11      Q    Which day would that be?

12      A    The 2nd, 3rd.  2nd.

13           Didn't you already ask me that?

14           MR. SHLENS:  Probably.

15   BY MR. HELD:

16      Q    Did you get any medical care for your jaw

17   between the 24th and the 28th of February?

18      A    No.

19      Q    Did you sustain any injury from the wire other

20   than cutting your mouth?

21      A    No.  Emotional injury.  I don't know.  I mean,

22   how much damage can it do?  I mean, the gums were

23   bleeding, and it was -- it was painful.

24      Q    Okay.

25      A    I mean --

172

1          Q    During the four days you have described,

2     February 24 through February 28, you were telling us you

3     got no medical care at all for your jaw; correct?

4          A    Absolutely none.

5          Q    Okay.  And did -- but you requested medical care

6     for your jaw on which date?

7          A    The 26th.

8          Q    Of February?

9          A    Yes.  Yeah.

10         Q    Why did you wait those two days to request care

11    for your jaw?

12         A    Why did I wait?

13         Q    Yes.  Because you just said you first requested

14    medical care on February 26.  The attack was on the 24th.

15    So I want to know, why did you wait the two days to

16    request medical care?

17         A    Because I assumed that somebody would do

18    something without me having to ask for it.

19         Q    Okay.

20         A    I mean, once they know the jaw was broken,

21    wouldn't they say, "Hey, do you have -- need any pain

22    pills or something?"

23              I mean, I didn't feel that I needed to ask.  I

24    mean, it's common sense.  A guy gets his jaw broken, he's

25    going to be in pain.

173

1          Q    Did the jail or the medical officials at the

2    jail, to your knowledge, know that the jaw was broken as

3    a result of the attack before February 26?

4          A    Ask -- is Miller's testimony in there?  He's the

5    one -- he told me.  I mean, he said he went back and

6    looked at the videotape and he said, "Yeah, I think your

7    jaw is broken."

8          Q    He said that to you?

9          A    That's what he said.

10         Q    Okay.

11         A    And then the nurse came in, said that it was

12   swollen.  And I looked at Miller, and he looked at me,

13   and he says, "I'll make sure you get X-rays."

14         Q    Okay.  So you first saw a nurse for the jaw

15   injury on February 24, the date of the attack?

16         A    Right.

17         Q    And she did exactly what or said exactly what?

18         A    She just felt my jaw with her hands, like I'm

19   showing you now, and just said, "I don't think it's

20   broken.  I think it's just swollen."

21         Q    And then the next time you got any medical care

22   was on February 26; correct?

23         A    I didn't get any medical -- I asked for medical

24   care.

25         Q    Oh, you asked for medical care, then, for the

                                                         174

1       first time two days later, on February 26; right?

2           A    Yes.  Because that's when I found out that my

3       jaw was indeed broken.

4           Q    And how do you find out that it was indeed

5       broken?

6           A    I'm pretty sure I wrote a KITE or I asked one of

7       the deputies.  Somehow I found out.

8           Q    And then the first actual medical care was on

9       February 28?

10          A    When -- the first -- anything they gave me was

11      the anesthesia to knock me out to put the wires on.  That

12      was the first drug of any type I got.

13          Q    And that was on which date?

14          A    The 28th when I went to Lopez's -- or

15      whatever -- the 29th, whatever.  Whichever day it was.

16          Q    Do you currently have any jaw pain?  For

17      instance, as we sit here today, do you currently have any

18      jaw pain?

19          A    It -- it pops.  The more I talk, it seems to be,

20      like, sore.  It mean, obviously, I am feeling it, because

21      I normally don't talk this much.

22          Q    So on an average day in your life -- today is

23      unusual because we're asking you many questions.  But on

24      an average day in your life in your recent past, has your

25      jaw hurt you?

175

1    Q    Do you attribute any long-term injury to the

2    four days that you claim you did not receive medical care

3    for your injured jaw?

4    A    Yeah.  I think I'm -- I have to get it realigned

5    or whatever method they use now.  Dr. Ferguson got into

6    it a little bit.  He talked about plates and stuff to

7    realign it.

8         I don't think it's right that my jaw should be

9    crooked, and when I close my mouth and -- only one side

10   of my teeth closes.  And now -- I mean, you can -- I'll

11   get pictures.  I mean, it's not a giant disfigurement,

12   but I can tell one side of my face is higher than the

13   other.

14   Q    I appreciate your explanation, but let me say

15   that it seems to me that your comments all go to the jaw

16   injury itself.  My question is slightly different.

17        I'm asking, do you attribute any additional

18   injury or problem to the four-day delay that you claim

19   occurred in treating your jaw?

20   A    Just -- just the popping discomfort and the

21   headaches.  I mean, that's -- that's --

22   Q    But --

23   A    I'm -- I guess I'm not following you.

24   Q    Maybe not.

25        MR. SHLENS:  Did it make your condition worse?

179

1     Did it change anything in the outcome?

2             MR. HELD:  Thank you.

3             THE WITNESS:  I don't think so.

4             MR. HELD:  No further questions.

5             MR. SHLENS:  That's what he's asking.

6             MR. HELD:  You're -- you're my official

7    interpreter.

8             No further questions.

9             MR. VOGEL:  Okay.

10          MR. SHLENS:  Do you have any?

11          MR. VOGEL:  Oh, sure.

12          Go ahead, if you've got more.  You can finish

13    up, and then I'll --

14          MR. SHLENS:  Sure.  Just a couple more.

15          I took a little by -- a bit of affront when you

16    said you didn't get any care between the 24th and the

17    28th, so I want to kind of go over that --

18          THE WITNESS:  Okay.

19          MR. SHLENS:  -- just a bit.

20

21                FURTHER EXAMINATION

22    BY MR. SHLENS:

23      Q   On the 24th you were seen by a nurse immediately

24    following the incident; correct?

25      A   Correct.

180

1      Q    And you think that nurse said, "Look, it is just

2    swollen; don't worry about," and the deputy said, "I'll

3    make sure you get X-rays"?  Is that right?

4      A    That's right.

5      Q    The records seem to reflect the nurse who saw

6    you didn't -- during the examination talked to the

7    doctor, and they got an order for a mandibular series of

8    X-rays to be done immediately in the morning.

9      A    Okay.

10      Q    You don't know about that, though, do you?

11      A    No.

12      Q    But X-rays were done immediately in the morning;

13    correct?

14      A    Yes.

15      Q    And then you were told on the 26th by somebody

16    that you had a fracture; right?

17      A    Um-hmm.  Yes.

18      Q    Okay.  You don't remember who told you?

19      A    No.

20      Q    Okay.  The records have your KITE done on the

21    26th, where you're saying "My jaw is broken.  I am in

22    pain.  I would like to see a doctor."

23           In fact, in response to the KITE notes, that

24    surgery was scheduled for you, and that was the same day,

25    on the 26th.

181

1    BY MR. VOGEL:

2         Q    So you started getting pureed food on the 27th?

3         A    Right.

4         Q    Okay.  And did you get any sort of medication on

5    that day, before you went to Dr. Lopez's office?

6         A    No.  No medication.

7         Q    And then you had your jaw wired on the 28th?

8         A    Yes.

9         Q    And how long did you receive Vicodin?

10        A    Like I said, when I got back and the anesthesia

11   wore off.  And then I think two -- two or three days, and

12   then they put me on the Motrin.

13        Q    Okay.  And that was the first time you had

14   received any medication was at Dr. Lopez's and then

15   following --

16        A    Well, with Lopez it was whatever the cocktail

17   they give you to put you under, so that really wasn't

18   medication.  That was the -- that was -- the first

19   medication I got was Vicodin after the surgery, and that

20   would be Thursday evening.

21        Q    Okay.  And a few days after you when to

22   Dr. Lopez's office, a wire came loose?

23        A    Yes.

24        Q    Okay.  And could you describe what kind of

25   discomfort this began to cause you when the wires became

198

1    either.  My commissary privileges were taken away.  So I

2    couldn't order anything off commissary, so I was -- I was

3    at the mercy of whatever I could get.

4          And they -- and the guards had an issue if you

5    saved food.  If you didn't eat everything at the feeding

6    and they came in your cell and you had a cup of something

7    or you didn't finish it, they'd give you a write-up for

8    it.

9          And I tried to explain that to -- to a couple of

10   the guards, that "Hey, my jaw is broke.  I can't finish

11   everything all at once."

12         They pretty much didn't have any sympathy for

13   that and would throw the -- whatever I had out and give

14   me a write-up.  And I didn't think that was too fair.

15         Q    Okay.  And your recollection of the sum total of

16   the -- of the type of pain medication that you received,

17   other than ibuprofen, was maybe two or three days of

18   Vicodin?

19         A    Yeah.

20         Q    And then maybe -- did they give you any Tylenol

21   occasionally?

22         A    Yes.  It was like in a liquid form.  It was like

23   a -- a little pull-tab thing, and it was like cough

24   medicine, some kind of -- but it was Tylenol.

25         Q    Okay.  And did that alleviate your pain?

208

1      A    It helped.  I mean, it didn't completely, but it

2   is as good as it was going to get.

3      Q    Okay.  But you did ask for -- for something

4   stronger?

5      A    Yeah.

6           MR. VOGEL:  All right.  That's all I have.

7

8                     FURTHER EXAMINATION

9   BY MR. SHLENS:

10     Q    Why were you reincarcerated between

11  September and October 2008?

12     A    Between September --

13     Q    And October of last year.

14     A    How many days?

15     Q    It looks like September 12 through mid-October

16  of 2008.  Or September 10.  Excuse me.  Through

17  mid-October -- October 7.

18     A    That would be a violation -- VOP.

19     Q    What was the violation?

20     A    I drank.

21     Q    Okay.

22     A    I had alcohol on my breath.  I think you -- I

23  got 30 days for it.

24     Q    You mentioned, in response to Mr. Vogel's

25  questions, that they didn't follow a feeding schedule you

                                                        209

DECLARATION

I hereby declare I am the deponent in the within matter; that I have read the foregoing deposition and know the contents thereof, and I declare the same is true of my knowledge except as to the matters which are therein stated upon my information or belief, and as to those matters, I believe it to be true.

I declare under the penalties of perjury of the State of California that the foregoing is true and correct.

Executed on the _____ day of _____, 2009, at _____, California.

_____
W I T N E S S

213

MERRILL   LEGAL   SOLUTIONS
800-438-2226   805-644-1986   Fax 805-644-6582   www.merrillcorp.com

1                    REPORTER'S CERTIFICATE

2

3

4            I, JOANNE P. CUNNINGHAM, Certified Shorthand

5    Reporter for the State of California, hereby certify:

6            THAT the witness in the foregoing deposition was

7    duly sworn by me to testify to the truth, the whole

8    truth, and nothing but the truth;

9            THAT said deposition was written by me in

10   stenotype and was thereafter reduced to printed matter

11   under my direction and supervision;

12           THAT the foregoing transcript is a true record

13   of the testimony given by the witness and of all

14   objections made at the time of the examination, to the

15   best of my ability.

16           I FURTHER CERTIFY that I am in no way interested

17   in the outcome of said action.

18           IN WITNESS WHEREOF, I have hereunto subscribed

19   my hand this 10th day of November, 2009.

20

21                    _Joanne P. Cunningham_

22                    JOANNE P. CUNNINGHAM
                      Certified Shorthand Reporter
23                    Certificate No. 2734

24

25

                                                        214