Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Tel:    (805) 278-0920
Fax:    (805) 278-0289
E-mail: lawyers@wisotskylaw.com

Attorneys for Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, and SHERIFF BOB BROOKS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. BIRGES, an individual,   ) | No. CV 09-01249 SJO (SSx) |
| Plaintiff,   ) | **NOTICE OF LODGING** |
| v.   ) | |
| COUNTY OF VENTURA, et al.,   ) | |
| Defendants.   ) | |

Attached hereto is defendants' Amended [Proposed] Judgment Granting Defendants' Summary Judgment/Summary Adjudication Motion [filed concurrently with the motion for summary judgment, statement of uncontroverted facts and conclusions of law, and declaration with supporting exhibits].

Dated: February ____, 2010     LAW OFFICES OF ALAN E. WISOTSKY

                                By:_____
                                    JEFFREY HELD
                                    Attorneys for Defendants
                                    COUNTY OF VENTURA, VENTURA
                                    COUNTY SHERIFF'S DEPARTMENT,
                                    and SHERIFF BOB BROOKS