Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Tel:  (805) 278-0920
Fax:  (805) 278-0289
E-mail: lawyers@wisotskylaw.com

Peter G. Bertling # 131602 (pgb@bertling-clausen.com)
Steve H. Shlens #188851 (shs@bertling-clausen.com)
BERTLING & CLAUSEN L.L.P.
15 West Carrillo Street, Suite 100
Santa Barbara, California 93101
Tel:  (805) 892-2100
Fax:  (805) 963-6044

Attorneys for Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, SHERIFF BOB BROOKS, CALIFORNIA FORENSIC MEDICAL GROUP [*incorrectly sued and served herein as California Forensic Group*], and JOHN KORZELIUS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. BIRGES, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT, VENTURA COUNTY SHERIFF BOB BROOKS, an individual, CALIFORNIA FORENSIC MEDICAL GROUP, JOHN KORZELIUS, and DOES 1-100,<br><br>  Defendants. | No. CV 09-01249 SJO (SSx)<br><br>**AMENDED [PROPOSED] JUDGMENT GRANTING DEFENDANTS' SUMMARY JUDGMENT/ SUMMARY ADJUDICATION MOTION**<br><br>[Filed concurrently with motion for summary judgment, statement of uncontroverted facts and conclusions of law, and declaration with supporting exhibits]<br><br>Date: March 29, 2010<br>Time: 10:00 a.m.<br>Ctrm: 1 – 2nd Floor, 312 N. Spring Street |

The Honorable James S. Otero, United States District Judge, hereby finds good cause to grant the defendants' summary judgment motion, having read and considered the motion, points and authorities, statement of uncontroverted facts and conclusions

1

1 of law, and declaration of defense counsel authenticating the attached deposition
2 excerpts of plaintiff's testimony.  [Or, in the alternative, defendants County of
3 Ventura, Sheriff Bob Brooks, Ventura County Sheriff's Department, California
4 Forensic Medical Group, and John Korzelius each request summary adjudication as
5 to each cause of action or as many thereof as Judge Otero deems them entitled.]
6
7 Dated:_____        _____
                                       JAMES S. OTERO
8                                      United States District Judge