```
Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:     (805) 278-0920
Fax:     (805) 278-0289
E-mail:  lawyers@wisotskylaw.com

Attorneys for Defendants COUNTY OF
VENTURA, VENTURA COUNTY SHERIFF'S
DEPARTMENT, and SHERIFF BOB BROOKS
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN W. BIRGES, an individual, ) | No. CV 09-01249 SJO (SSx) |
|        Plaintiff, ) | **WITNESS LIST** |
|   v. ) | **DATE:**    05/10/10 |
| COUNTY OF VENTURA, VENTURA ) | **TIME:**    9:00 A.M. |
| COUNTY SHERIFF'S DEPARTMENT, ) | **CTRM:**    880, ROYBAL |
| VENTURA COUNTY SHERIFF BOB ) | |
| BROOKS, an individual, ) | |
| CALIFORNIA FORENSIC MEDICAL ) | |
| GROUP, JOHN KORZELIUS, and ) | |
| DOES 1-100, ) | |
|        Defendants. ) | |

     Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT and SHERIFF BOB BROOKS list the following witnesses who will be called at trial:

    1.  Eric Miller, Ventura County Sheriff's Dept., 800 S. Victoria Ave., Ventura, CA  93009, (805) 654-3341;

    2.  Jaime Gomez, Ventura County Sheriff's Dept., 800 S. Victoria Ave., Ventura, CA  93009, (805) 654-3341;

    3.  Eduardo Malagon, Ventura County Sheriff's Dept., 800 S. Victoria Ave., Ventura, CA  93009, (805) 654-3341;

     4.   Sgt. Rob Davidson, Ventura County Sheriff's Dept., 800 S. Victoria Ave., Ventura, CA  93009 (805) 654-3341;

     5.   Plaintiff John W. Birges;

     6.   Andres Mejia, address and telephone number unknown;

     7.   David Lopez, address and telephone number unknown;

     8.   Andres Meza, address and telephone number unknown;

     9.   John Korzelius, M.D., California Forensic Medical Group, 800 S. Victoria Ave., Ventura, CA  93009;

     10.  Nurse Gerhart, California Forensic Medical Group, 800 S. Victoria Ave., Ventura, CA  93009;

     11.  Lane Lopez, D.D.S., 2859 Loma Vista Rd., Ventura, CA 93003, (805) 648-5121;

     12.  Richard A. Johnson, 15200 Sunset Blvd., Pacific Palisades, CA 90272, (310) 459-7736; and,

     13   Jeffrey A. Hammoudeh, 1510 San Pablo St., Ste. 415, Los Angeles, CA  90032-4680, (323) 442-1899.

Dated: April \_\_\_\_, 2010

                         LAW OFFICES OF ALAN E. WISOTSKY

                         By:_____
                            JEFFREY HELD
                            Attorneys for Defendants,
                            COUNTY OF VENTURA, VENTURA
                            COUNTY SHERIFF'S DEPARTMENT, and
                            SHERIFF BOB BROOKS