JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN W. BIRGES, | ) | NO. CV 09-01249 SJO (SSx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN FAVOR OF DEFENDANTS** |
| v. | ) | |
| COUNTY OF VENTURA, et al., | ) | |
| Defendants. | ) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendants' Motion for Summary Judgment, or, in the Alternative, for Partial Summary Judgment was taken under submission by the Honorable S. James Otero of the United States District Court.

Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law.

1  IT IS THEREBY ORDERED that summary judgment shall be, and hereby is, entered in
2 favor of Defendants County of Ventura, Sheriff Bob Brooks, Ventura County Sheriff's Department,
3 California Forensic Medical Group, and John Korzelius and against Plaintiff John W. Birges as to
4 all counts.

5  IT IS SO ADJUDGED.

7 Dated: September 20, 2010.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE